# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

PFIZER INC, PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC, WARNER-LAMBERT EXPORT LTD

Plaintiffs,

V.

TEVA PHARMACEUTICALS USA, INC.,

Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

07-360

TO: TEVA PHARMACEUTICALS USA, INC.,
C/O Corporate Creations Network, Inc.
1308 Delaware Avenue
Wilmington, Delaware 19806

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rudolf E. Hutz, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
Telephone: (302) 658-9141

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

JUN 0 7 2007
DATE

_Evette Watson_
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 6/7/07 |
| NAME OF SERVER (PRINT) Paul Coulby | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of adobe with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Teva Pharmaceuticals USA, Inc., c/o Corporate Creations Network, Inc. 1308 Delaware Ave. Wilmington, Delaware 19806

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/7/07
Date

Signature of Server: Paul H. Coulby

Address of Server: 230 N. Market St, Wilmington, DE 19805

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.