IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC., <br> PFIZER IRELAND PHARMACEUTICALS, <br> WARNER-LAMBERT COMPANY, <br> WARNER-LAMBERT COMPANY, LLC <br> and <br> WARNER-LAMBERT EXPORT LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | Civil Action No. 07-360-JJF |

**STATEMENT OF TEVA PHARMACEUTICALS USA, INC.
PURSUANT TO FEDERAL RULE 7.1(a)**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Teva Pharmaceuticals USA, Inc. ("Teva USA") in the above-captioned action hereby discloses that Teva USA is a wholly owned subsidiary of Orvet UK Unlimited, which is a wholly owned subsidiary of Teva Pharmaceuticals Europe B.V., which is wholly-owned by Teva Pharmaceutical Industries Ltd., which is a publicly traded company.

June 27, 2007

OF COUNSEL:

David M. Hashmall
Frederick H. Rein
Emily L. Rapalino
Joseph B. Crystal
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

THE BAYARD FIRM

/s/ Ashley B. Stitzer (as3891)
Richard D. Kirk
Ashley B. Stitzer
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

Counsel for Defendant
*TEVA PHARMACEUTICALS USA, INC.*

663848-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on June 27, 2007, she electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Rudolf E. Hutz, Esquire
Jeffrey B Bove, Esquire
Mary W. Bourke, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

The undersigned counsel further certifies that copies of the foregoing document were sent by email and by hand on June 27, 2007 to the above counsel.

/s/ Ashley B. Stitzer (as3891)
Ashley B. Stitzer

663847-1