IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC,<br>PFIZER IRELAND PHARMACEUTICALS,<br>WARNER-LAMBERT COMPANY,<br>WARNER-LAMBERT COMPANY, LLC<br>and<br>WARNER-LAMBERT EXPORT LTD.,<br><br>           Plaintiffs,<br><br>   v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-360-JJF |

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey B. Bove and Mary W. Bourke of the firm of Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, P.O. Box 2207, Wilmington, Delaware 19899-2207, hereby enter their appearance in this action on behalf of all Plaintiffs.

                                    **CONNOLLY BOVE LODGE & HUTZ LLP**

                                    /s/  *Jeffrey B. Bove*

Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Email: jbove@cblh.com
Mary W. Bourke (#2356)
Email: mbourke@cblh.com
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141
*Attorneys for the Plaintiffs*

DATED: July 19, 2007

543841_1.DOC

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2007, a true copy of the foregoing *Plaintiffs' NOTICE OF ENTRY OF APPEARANCE* was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

>Richard D. Kirk
>Ashley B. Stitzer
>The Bayard Firm
>222 Delaware Avenue, Suite 900
>Wilmington, DE  19801

I hereby certify that on the July 19, 2007, I have sent by U.S. Mail the foregoing documents to the following non-registered participants:

>David M. Hashmall
>Frederick H. Rein
>Joseph B. Crystal
>Goodwin Procter LLP
>599 Lexington Avenue
>New York, NY  10022

>>By: /s/ *Jeffrey B. Bove*
>>Jeffrey B. Bove (#998)
>>jbove@cblh.com