IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC.,<br>PFIZER IRELAND PHARMACEUTICALS,<br>WARNER-LAMBERT COMPANY,<br>WARNER-LAMBERT COMPANY, LLC<br>and<br>WARNER-LAMBERT EXPORT LTD.,<br><br>          Plaintiffs,<br><br>     v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-360-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Richard D. Kirk as counsel for defendant Teva Pharmaceuticals USA, Inc. in this action.

July 20, 2007

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
Ashley B. Stitzer (#3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
rkirk@bayardfirm.com
astitzer@bayardfirm.com
 (302) 655-5000
Counsel for Defendant,
TEVA PHARMACEUTICALS USA, INC.

OF COUNSEL:

Frederick H. Rein, Esquire
Goodwin Procter LLP
599 Lexington Avenue
New York, NY  10022
(212) 813-8864

665421-1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on July 20, 2007, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Rudolf E. Hutz, Esquire
Jeffrey B Bove, Esquire
Mary W. Bourke, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

The undersigned counsel further certifies that copies of the foregoing document were sent by email and by hand on July 20, 2007 to the above counsel.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

663847-1