# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PFIZER, INC.,                                    )
PFIZER IRELAND PHARMACEUTICALS,)
WARNER-LAMBERT COMPANY,          )
WARNER-LAMBERT COMPANY, LLC    )
and                                              )
WARNER-LAMBERT EXPORT LTD.,       )
                                                 )
       Plaintiffs,                          )    Civil Action No. 07-360-JJF
                                                 )
     v.                                    )
                                                 )
TEVA PHARMACEUTICALS USA, INC.,  )
                                                 )
       Defendant.                           )

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Frederick H. Rein, Joseph B. Crystal, Emily L. Rapalino, and David M. Hashmall, all of Goodwin Procter LLP to represent Defendant Teva Pharmaceuticals, USA, Inc., in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission is being submitted in connection with this application.

August 16, 2007              THE BAYARD FIRM

OF COUNSEL:                /s/ Richard D. Kirk (rk0922)
Frederick H. Rein, Esquire      Richard D. Kirk (No. 0922)
Joseph B. Crystal, Esquire      Ashley B. Stitzer (No. 3891)
Emily L. Rapalino, Esquire     222 Delaware Avenue
David M. Hashmall, Esquire    Suite 900
Goodwin Procter LLP         P.O. Box 25130
599 Lexington Avenue        Wilmington, DE 19899-5130
New York, NY  10022        (302) 655-5000
(212) 813-8864             rkirk@bayardfirm.com
                        *Attorneys for Defendant,*
                        *TEVA PHARMACEUTICALS USA, INC.*

SO ORDERED, this _____ day of August, 2007.

_____
United States District Judge

667631-1

## CERTIFICATION OF FREDERICK H. REIN IN
## SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: _August 15, 2007_

_____
Frederick H. Rein
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022

Counsel for
TEVA PHARMACEUTICALS USA, INC.

**CERTIFICATION OF JOSEPH B. CRYSTAL IN
SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and New Jersey and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated:  8/15/07

Joseph B. Crystal
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022

Counsel for
TEVA PHARMACEUTICALS USA, INC.

## CERTIFICATION OF EMILY L. RAPALINO IN
## SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and am admitted, practicing and in good standing as a member of the Bar of the State of New York. I am also a member in good standing of the bar of the State of New Jersey but have not yet fulfilled the Skills and Methods requirement to become eligible to practice. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: 8/15/07

Emily L. Rapalino
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022

Counsel for
TEVA PHARMACEUTICALS USA, INC.

## CERTIFICATION OF DAVID M. HASHMALL IN
## SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: Aug 16, 2007

David M. Hashmall
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022

Counsel for
TEVA PHARMACEUTICALS USA, INC.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 16, 2007, he electronically filed

the foregoing document with the Clerk of the Court using CM/ECF, which will send

automatic notification of the filing to the following:

Rudolf E. Hutz, Esquire
Jeffrey B Bove, Esquire
Mary W. Bourke, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207


The undersigned counsel further certifies that copies of the foregoing document

were sent by email and by hand on August 16, 2007 to the above counsel.



/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

663847-1