**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

Jeffrey B. Bove
Partner

TEL (302) 888-6241
FAX (302) 656-9072
EMAIL jbove@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

August 16, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
 For the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:   Pfizer Inc, et al v. Teva Pharmaceuticals USA, Inc.
      Civil Action No. 07-360 (JJF)

Dear Judge Farnan:

I enclose a proposed Rule 16 Scheduling Order which has been agreed to by the parties to this litigation. There is a scheduling conference scheduled for Thursday, September 6, 2007. The parties are in agreement as to the dates set forth in the proposed Scheduling Order and have no further issues at the present time requiring the Court's attention. Consequently, the parties are in agreement, subject to the Court's instructions, that there is no need for an in person conference on September 6. We await the Court's guidance in this regard.

Respectfully submitted,

Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP

JBB.llw

cc:   Richard D. Kirk, Esquire
      Frederick H. Rein, Esquire

558842_1.DOC