## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER, INC., | ) | |
| PFIZER IRELAND PHARMACEUTICALS, | ) | |
| WARNER-LAMBERT COMPANY, | ) | |
| WARNER-LAMBERT COMPANY, LLC | ) | |
| and | ) | |
| WARNER-LAMBERT EXPORT LTD., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 07-360-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 5, 2007, copies of (1) **TEVA**

**PHARMACEUTICALS USA, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION**

**OF DOCUMENTS AND THINGS** and this **(2) NOTICE OF SERVICE** were served as

shown:

**BY EMAIL AND BY HAND**

Rudolf E. Hutz, Esquire
Jeffrey B Bove, Esquire
Mary W. Bourke, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

October 5, 2007

THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
rkirk@bayardfirm.com
(302) 655-5000
Counsel for Defendant,
TEVA PHARMACEUTICALS USA, INC.

OF COUNSEL:

Frederick H. Rein
Joseph B. Crystal
Emily L. Rapalino
David M. Hashmall
Goodwin Procter LLP
599 Lexington Avenue
New York, NY  10022
(212) 813-8864

664897-1

- 2 -