# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC, <br> PFIZER IRELAND PHARMACEUTICALS, <br> WARNER-LAMBERT COMPANY, <br> WARNER-LAMBERT COMPANY, LLC, <br> and <br> WARNER-LAMBERT EXPORT LTD., <br> <br> Plaintiffs, <br> <br> v. <br> <br> TEVA PHARMACEUTICALS USA, INC., <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-360-JJF <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 5, 2007, copies of PLAINTIFFS' FIRST SET OF REQUESTS FOR DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND THINGS TO DEFENDANTS were served as shown:

**BY E-MAIL & HAND DELIVERY**

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**BY E-MAIL & U.S. MAIL**

Frederick H. Rein, Esq.
David M. Hashmall, Esq.
Emily L. Rapalino, Esq.
Joseph B. Crystal, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

PLEASE TAKE FURTHER NOTICE that, on October 8, 2007, copies of this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL & HAND DELIVERY**

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**BY E-MAIL & U.S. MAIL**

Frederick H. Rein, Esq.
David M. Hashmall, Esq.
Emily L. Rapalino, Esq.
Joseph B. Crystal, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

CONNOLLY BOVE LODGE & HUTZ LLP


 /s/   *Jeffrey B. Bove*

Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141

*Attorneys for Plaintiffs Pfizer Inc, Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC, and Warner Lambert Export Ltd.*

558393_1.DOC

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2007, a true copy of the foregoing **Notice of Service** was sent to defendants' counsel, in the manner indicated, upon:

| | |
|---|---|
| Richard D. Kirk, Esq.<br>Ashley B. Stitzer, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>rkirk@bayardfirm.com<br>astitzer@bayardfirm.com | (Served electronically and by hand delivery) |
| Frederick H. Rein, Esq.<br>David M. Hashmall, Esq.<br>Emily L. Rapalino, Esq.<br>Joseph B. Crystal, Esq.<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY  10022<br>frein@goodwinprocter.com | (Served electronically and by mail) |

         */s/ Jeffrey B. Bove*
         Jeffrey B. Bove (#998)
         CONNOLLY BOVE LODGE & HUTZ LLP
         The Nemours Building
         1007 North Orange Street
         P.O. Box 2207
         Wilmington, DE  19899-2207
         (302) 658-9141
         *Attorney for the Plaintiffs*