**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PFIZER, INC., ) | | |
| PFIZER IRELAND PHARMACEUTICALS, ) | | |
| WARNER-LAMBERT COMPANY, ) | | |
| WARNER-LAMBERT COMPANY, LLC ) | | |
| and ) | | |
| WARNER-LAMBERT EXPORT LTD., ) | | |
| ) | | |
| Plaintiffs, ) | C. A. No. 07-360-JJF | |
| ) | | |
| v. ) | | |
| ) | | |
| TEVA PHARMACEUTICALS USA, INC., ) | | |
| ) | | |
| Defendant. ) | | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on November 2, 2007, copies of (1) **TEVA PHARMACEUTICALS USA, INC.'S FIRST SET OF INTERROGATORIES TO DEFENDANTS** and this **(2) NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

Rudolf E. Hutz, Esquire
Jeffrey B Bove, Esquire
Mary W. Bourke, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

664897-1

- 2 -

November 2, 2007                    THE BAYARD FIRM

<u>/s/ Richard D. Kirk (rk0922)</u>
Richard D. Kirk (#0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
rkirk@bayardfirm.com
(302) 655-5000
Counsel for Defendant,
TEVA PHARMACEUTICALS USA, INC.

OF COUNSEL:

Frederick H. Rein
Joseph B. Crystal
Emily L. Rapalino
David M. Hashmall
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY  10022
(212) 813-8864