IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC., <br> PFIZER IRELAND PHARMACEUTICALS, <br> WARNER-LAMBERT COMPANY, <br> WARNER-LAMBERT COMPANY, LLC <br> and <br> WARNER-LAMBERT EXPORT LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No. 07-360-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 5, 2007, copies of (1) **TEVA PHARMACEUTICALS USA, INC.'S OBJECTIONS AND RESPONSES TO PFIZER'S FIRST SET OF INTERROGATORIES; (2) TEVA PHARMACEUTICALS USA, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR DOCUMENTS, ELECTRONICALLY STORED INFORMATION AND THINGS;** and this (3) **NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

Rudolf E. Hutz, Esquire
Jeffrey B Bove, Esquire
Mary W. Bourke, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

664897-1

- 2 -

November 5, 2007                    THE BAYARD FIRM

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
rkirk@bayardfirm.com
(302) 655-5000
Counsel for Defendant,
TEVA PHARMACEUTICALS USA, INC.

OF COUNSEL:

Frederick H. Rein
Joseph B. Crystal
Emily L. Rapalino
David M. Hashmall
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY  10022
(212) 813-8864

664897-1                               -2-