## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC,<br>PFIZER IRELAND PHARMACEUTICALS,<br>WARNER-LAMBERT COMPANY,<br>WARNER-LAMBERT COMPANY, LLC,<br>and<br>WARNER-LAMBERT EXPORT LTD., | )<br>)<br>)<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Civil Action No.  07-360-JJF |
| TEVA PHARMACEUTICALS USA, INC., | )<br>)<br>) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 3, 2007, copies of PLAINTIFFS' OBJECTIONS AND RESPONSES TO TEVA'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS were served as shown:

**BY E-MAIL & HAND DELIVERY**

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

**BY E-MAIL & U.S. MAIL**

Frederick H. Rein, Esq.
David M. Hashmall, Esq.
Emily L. Rapalino, Esq.
Joseph B. Crystal, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY  10022

PLEASE TAKE FURTHER NOTICE that, on December 3, 2007, copies of this

**NOTICE OF SERVICE** were served as shown:

**BY E-MAIL & HAND DELIVERY**

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**BY E-MAIL & U.S. MAIL**

Frederick H. Rein, Esq.
David M. Hashmall, Esq.
Emily L. Rapalino, Esq.
Joseph B. Crystal, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

CONNOLLY BOVE LODGE & HUTZ LLP

By:  _/s/  Jeffrey B. Bove_

Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141

*Attorneys for Plaintiffs Pfizer Inc, Pfizer Ireland
Pharmaceuticals, Warner-Lambert Company,
Warner-Lambert Company, LLC, and Warner
Lambert Export Ltd.*

579193_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2007, a true copy of the foregoing **Notice of Service** was sent to defendants' counsel, in the manner indicated, upon:

Richard D. Kirk, Esq.              (Served electronically and by hand delivery)
Ashley B. Stitzer, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
rkirk@bayardfirm.com
astitzer@bayardfirm.com


Frederick H. Rein, Esq.            (Served electronically and by mail)
David M. Hashmall, Esq.
Emily L. Rapalino, Esq.
Joseph B. Crystal, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
frein@goodwinprocter.com


/s/ Jeffrey B. Bove
Jeffrey B. Bove (#998)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
Attorney for the Plaintiffs

579193_1.DOC