IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC.,<br>PFIZER IRELAND PHARMACEUTICALS,<br>WARNER-LAMBERT COMPANY,<br>WARNER-LAMBERT COMPANY, LLC<br>and<br>WARNER-LAMBERT EXPORT LTD.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>    Defendant. | Civil Action No. 07-360-JJF |

## JOINT STIPULATION

Defendant Teva Pharmaceuticals USA, Inc. ("Teva") and plaintiffs Pfizer, Inc., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC and Warner-Lambert Export Ltd. (collectively referred to as "Pfizer"), hereby stipulate and agree as follows:

1. Teva concedes that the manufacture, use, sale or offer for sale in the United States, or importation into the United States, of the tablets that are the subject of ANDA No. 78-773 would infringe claims 1, 2, 11 and 12 of the patent-in-suit, U.S. Patent No. 5,273,995 ("the '995 patent") if claims 1, 2, 11 and 12 are not held invalid.

2. Teva will not assert that claims 1, 2, 11 or 12 of the '995 patent are invalid for failure to comply with the provisions of 35 U.S.C. § 112, ¶ 4 (which is the subject of Pfizer's Interrogatory No. 4).

3. Teva will not assert, in this litigation, that the '995 patent is unenforceable due to inequitable conduct.

4.  Pfizer covenants not to assert infringement under any section of 35 U.S.C. § 271 of claims 3, 4, 5, 7, 8, 9 or 10 of the '995 patent, or any corresponding claims in any reissue of the '995 patent, with respect to the tablets that are the subject of ANDA No. 78-773 (ANDA TABLETS) and the atorvastatin calcium salt active pharmaceutical ingredient when used to make the ANDA TABLETS.

5.  Pfizer hereby withdraws Document Request Nos. 7, 9, 14, 19, 21, 22, 23, 24, 25, 26, 30, 31, 32, 44 and 50, and Interrogatory Nos. 1, 3, 4 and 7.

6.  Pfizer hereby withdraws Document Request Nos. 1, 2, 4, 5, 6, 8, 10, 11, 16 and 27 except to the extent that they relate to documents which relate, reflect or refer to (a) any comparison between the properties of [R-(R*,R*)]-2-(4-fluorophenyl)-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)-carbonyl]-1H-pyrrole-1-heptanoic acid or any salt thereof and the properties of a racemic mixture of [R-(R*,R*)]-2-(4-fluorophenyl)-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)-carbonyl]-1H-pyrrole-1-heptanoic acid and [S-(R*,R*)]-2-(4-fluorophenyl)-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)-carbonyl]-1H-pyrrole-1-heptanoic acid or any salt thereof; or (b) any comparison between the properties of the R-trans isomer of 5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide and a racemic mixture of the R-trans isomer of 5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide and the S-trans isomer of 5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide.

7.  Pfizer hereby withdraws Document Request Nos. 3, 17, 34, 39 and 41 to the extent that they relate to infringement of and/or the unenforceability of the '995 patent.

Dated: January 28, 2008

| | |
|---|---|
| /s/  Jeffrey B. Bove | /s/  Richard D. Kirk |
| Rudolf E. Hutz (#484) | Richard D. Kirk (#922) |
| Jeffrey B. Bove (#998) | Ashley B. Stitzer (#3891) |
| Mary W. Bourke (#2356) | BAYARD, P.A. |
| CONNOLLY BOVE LODGE & HUTZ LLP | 222 Delaware Avenue, Suite 900 |
| The Nemours Building | Wilmington, DE 19899-5130 |
| 1007 North Orange Street | (302) 655-5000 |
| P.O. Box 2207 | |
| Wilmington, DE 19899-2207 | Attorneys for Defendant |
| Tel: (302) 658-9141 | TEVA PHARMACEUTICALS USA, INC |
| Fax: (302) 658-5614 | |
| | OF COUNSEL: |
| Attorneys for Plaintiffs | David M. Hashmall |
| | Frederick H. Rein |
| | Emily L. Rapalino |
| | Joseph B. Crystal |
| | GOODWIN PROCTER LLP |
| | 599 Lexington Avenue |
| | New York, NY  10022 |
| | Tel:  (212) 813-8800 |
| | Fax:  (212) 355-3333 |

IT IS SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

588713_1.DOC