IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC,<br>PFIZER IRELAND PHARMACEUTICALS,<br>WARNER-LAMBERT COMPANY,<br>WARNER-LAMBERT COMPANY, LLC,<br>and<br>WARNER-LAMBERT EXPORT LTD.,<br><br>        Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-360-JJF<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 29, 2008, copies of PLAINTIFFS' SUPPLEMENTAL RESPONSES TO TEVA'S INTERROGATORIES NO. 3 TO PLAINTIFFS were served as shown:

**BY E-MAIL & HAND DELIVERY**

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

**BY E-MAIL & U.S. MAIL**

Frederick H. Rein, Esq.
David M. Hashmall, Esq.
Emily L. Rapalino, Esq.
Joseph B. Crystal, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY  10022

PLEASE TAKE FURTHER NOTICE that, on February 29, 2008, copies of this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL & HAND DELIVERY**

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**BY E-MAIL & U.S. MAIL**

Frederick H. Rein, Esq.
David M. Hashmall, Esq.
Emily L. Rapalino, Esq.
Joseph B. Crystal, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ Jeffrey B. Bove

Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141

*Attorneys for Plaintiffs Pfizer Inc, Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC, and Warner Lambert Export Ltd.*

595534_1

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2008, a true copy of the foregoing **Notice of Service** was sent to defendants' counsel, in the manner indicated, upon:

| | |
|---|---|
| Richard D. Kirk, Esq.<br>Ashley B. Stitzer, Esq.<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>rkirk@bayardfirm.com<br>astitzer@bayardfirm.com | (Served electronically and by hand delivery) |
| Frederick H. Rein, Esq.<br>David M. Hashmall, Esq.<br>Emily L. Rapalino, Esq.<br>Joseph B. Crystal, Esq.<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY  10022<br>frein@goodwinprocter.com | (Served electronically and by mail) |

/s/ Jeffrey B. Bove
Jeffrey B. Bove (#998)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141
*Attorney for the Plaintiffs*