IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC.,<br>PFIZER IRELAND PHARMACEUTICALS,<br>WARNER-LAMBERT COMPANY,<br>WARNER-LAMBERT COMPANY, LLC<br>and<br>WARNER-LAMBERT EXPORT LTD.,<br><br>        Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>        Defendant. | Civil Action No. 07-360-JJF |

### NOTICE OF DEPOSITION

To:   Attorneys For Pfizer:

Rudolf E. Hutz
Jeffrey B. Bove
Mary W. Bourke
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

      PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, on March 26, 2008, Defendant, Teva Pharmaceuticals USA, Inc. ("Teva"), will take the deposition upon oral examination of Pfizer, Inc., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC and Warner-Lambert Export, Ltd. ("Pfizer"). The deposition will begin at 9:00 a.m. at the

offices of Bayard, P.A. 222 Delaware Avenue, Suite 900, Wilmington, DE 19899-5130, and shall continue from day to day until completed.

Pfizer is requested and required pursuant to Rule 30(b)(6) to designate and make available to testify on its behalf at said deposition one or more officers, directors, managing agents, or other persons who consent and are knowledgeable on its behalf with respect to each of the subject matters set forth in Schedule A attached hereto.

The deposition shall be conducted before a notary public or other officer authorized to administer oaths. The deposition will be recorded stenographically and by video. You are invited to attend and cross-examine.

| | |
|---|---|
| March 7, 2008 | BAYARD, P.A. |
| | /s/ Richard D. Kirk (rk0922) |
| | Richard D. Kirk (rk0922) |
| OF COUNSEL: | Ashley B. Stitzer (as3891) |
| David M. Hashmall | 222 Delaware Avenue, Suite 900 |
| Frederick H. Rein | P.O. Box 25130 |
| Emily L. Rapalino | Wilmington, DE 19899-5130 |
| Joseph B. Crystal | (302) 655-5000 |
| GOODWIN PROCTER LLP | rkirk@bayardfirm.com |
| 599 Lexington Avenue | astitzer@bayardfirm.com |
| New York, NY 10022 | |
| (212) 813-8800 | |
| | Attorneys for Defendant |
| | **Teva Pharmaceuticals USA, Inc.** |

{00754747;v1}

2

# SCHEDULE A

## DEFINITIONS

1. "Atorvastatin lactone" shall mean the R-trans isomer of 5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide.

2. "Racemic atorvastatin lactone" shall mean a racemic mixture of the R-trans isomer of 5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide and the S-trans isomer of 5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide.

3. "Atorvastatin acid" shall mean [R-(R*,R*)]-2-(4-(fluorophenyl)-$\beta,\delta$-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)-carbonyl]-1H-pyrrole-1-heptanoic acid.

4. "Racemic atorvastatin acid" shall mean a racemic mixture of [R-(R*,R*)]-2-(4-(fluorophenyl)-$\beta,\delta$-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)-carbonyl]-1H-pyrrole-1-heptanoic acid and [S-(R*,R*)]-2-(4-(fluorophenyl)-$\beta,\delta$-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)-carbonyl]-1H-pyrrole-1-heptanoic acid.

5. "Atorvastatin sodium" shall mean the sodium salt of [R-(R*,R*)]-2-(4-(fluorophenyl)-$\beta,\delta$-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)-carbonyl]-1H-pyrrole-1-heptanoic acid.

6. "Racemic atorvastatin sodium" shall mean a racemic mixture of the sodium salt of [R-(R*,R*)]-2-(4-(fluorophenyl)-$\beta,\delta$-dihydroxy-5-(1-methylethyl)-3-

phenyl-4-[(phenylamino)-carbonyl]-1H-pyrrole-1-heptanoic acid and the sodium salt of [S-(R*,R*)]-2-(4-(fluorophenyl)-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)-carbonyl]-1H-pyrrole-1-heptanoic acid.

7. "Atorvastatin calcium" shall mean the calcium salt of [R-(R*,R*)]-2-(4-(fluorophenyl)-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)-carbonyl]-1H-pyrrole-1-heptanoic acid.

8. "Racemic atorvastatin calcium" shall mean a racemic mixture of the calcium salt of [R-(R*,R*)]-2-(4-(fluorophenyl)-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)-carbonyl]-1H-pyrrole-1-heptanoic acid and the calcium salt of [S-(R*,R*)]-2-(4-(fluorophenyl)-β,δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)-carbonyl]-1H-pyrrole-1-heptanoic acid.

## DEPOSITION TOPICS

1. All facts known to Pfizer concerning any "unexpected chemical, biological and physical properties" (as this phrase is used in Pfizer's Supplemental Response to Interrogatory No. 3) of:

    (a) Atorvastatin lactone compared to racemic atorvastatin lactone;

    (b) Atorvastatin acid compared to racemic atorvastatin acid;

    (c) Atorvastatin sodium compared to racemic atorvastatin sodium;

    (d) Atorvastatin calcium compared to racemic atorvastatin calcium;

    and any documents, identified by Bates Number or by other means sufficient to identify the documents, that support said unexpected properties.

2. All facts known to Pfizer that support the statement in its Supplemental Response to Interrogatory No. 3 that "[d]uring the course of development for atorvastatin, there were expressions of skepticism and disbelief by others in the field, including those within Warner-Lambert" including who was intended by "others," the basis for said skepticism and disbelief, and any documents, identified by Bates Number or by other means sufficient to identify the documents, that support said facts.

3. All facts known to Pfizer concerning any "unexpected chemical, biological, and physical properties of atorvastatin [that] evidence that the asserted claims are nonobvious," as stated in Pfizer's Supplemental Response to Interrogatory No. 3, and any documents, identified by Bates Number or by other means sufficient to identify the documents, that support said facts.

4. All facts known to Pfizer concerning any "unexpected biological activity of atorvastatin relative to the prior art" as stated in its Supplemental Response to Interrogatory No. 3, and the identity of the referenced prior art, and any documents, identified by Bates Number or by other means sufficient to identify the documents, that support said facts.

5. All facts known to Pfizer concerning any unexpected "solubility" or "stability" of atorvastatin "relative to the prior art compounds" as stated in its Supplemental Response to Interrogatory No. 3, and the identity of the referenced prior art compounds, and any documents, identified by Bates Number or by other means sufficient to identify the documents, that support said facts.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on March 7, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Rudolf E. Hutz, Esquire
Jeffrey B Bove, Esquire
Mary W. Bourke, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

The undersigned counsel further certifies that copies of the foregoing document were sent by email and by hand on March 7, 2008 to the above counsel.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00663847;v1}