IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC., <br> PFIZER IRELAND PHARMACEUTICALS, <br> WARNER-LAMBERT COMPANY, <br> WARNER-LAMBERT COMPANY, LLC <br> and <br> WARNER-LAMBERT EXPORT LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | Civil Action No. 07-360-JJF |

## STIPULATION

Defendant Teva Pharmaceuticals USA, Inc. ("Teva") and plaintiffs Pfizer, Inc., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC and Warner-Lambert Export Ltd. (collectively referred to as "Pfizer"), hereby stipulate and agree as follows:

1.  A person of ordinary skill in the art, before July 21, 1988 (more than one year before the effective filing date of U.S. Patent 5,273,995, could have resolved a racemic mixture of the enantiomers of trans-5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1–[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]- 1H-pyrrole-3-carboxamide into its individual enantiomers without undue experimentation.

2.  A person of ordinary skill in the art, before July 21, 1988 (more than one year before the effective filing date of U.S. Patent 5,273,995), could have resolved a racemic mixture of the enantiomers of (R*, R*)-2-(4-fluorophenyl)-$\beta$, $\delta$-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)-carbonyl]- 1H-pyrrole-1-heptanoic acid into its individual enantiomers without

594873_1.DOC

undue experimentation.

3.   A person of ordinary skill in the art, before July 21, 1988 (more than one year before the effective filing date of U.S. Patent 5,273,995), could have opened the lactone ring in the compound (2R-trans)-5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide to form the compound [R-(R*,R*)]-2-(4-fluorophenyl)-β, δ-dihydroxy-5-(1-methylethyl)-3-phenyl-4-[(phenylamino)-carbonyl]-1H-pyrrole-1-heptanoic acid without undue experimentation.

4.   The prior art to U.S. Patent 5,273,995 taught that the R-trans enantiomer (lactone form) or the [R-(R*,R*)] enantiomer (opened acid or salt form) of other statins was active as an inhibitor of HMG-CoA reductase.

5.   Pfizer agrees that as of May 30, 1986 (the filing date of U.S. Patent 4,681,893), Bruce Roth expected that one of the component isomers of a racemic mixture of the enantiomers of trans-5-(4-fluorophenyl)-2-(1-methylethyl)-N,4-diphenyl-1-[2-(tetrahydro-4-hydroxy-6-oxo-2H-pyran-2-yl)ethyl]-1H-pyrrole-3-carboxamide --either the R-trans or the S-trans -- would have more activity than the other and that the more active isomer in the mixture would function in the racemate and provide activity.

6.   Pfizer agrees that based on what was known from prior art statins, as of May 30, 1986 (the filing date of U.S. Patent 4,681,893), Bruce Roth had an expectation that the R-trans enantiomer would be the more active isomer, but that at best the R-trans enantiomer would be two times more active than the racemic mixture.

7.   Pfizer agrees that Bruce Roth will not be identified in response to Interrogatory No. 3 of Teva's First Set of Interrogatories.

8.   Teva agrees not to depose Bruce Roth during the period of fact discovery in the

594873_1.DOC

above-identified litigation.

9. Both parties agree to identify any witnesses that they plan to bring at trial, who have not previously been deposed, at least 40 days prior to the pre-trial conference, and that the opposing party shall be given the opportunity to depose said witnesses prior to the pre-trial conference.

Pfizer and Teva reserve the right to offer evidence relating to the foregoing stipulations.

Dated: March 10, 2008

| /s/ Jeffrey B. Bove | /s/ Richard D. Kirk |
|---|---|
| Rudolf E. Hutz (#484) | Richard D. Kirk (#922) |
| Jeffrey B. Bove (#998) | Ashley B. Stitzer (#3891) |
| Mary W. Bourke (#2356) | BAYARD, P.A. |
| CONNOLLY BOVE LODGE & HUTZ LLP | 222 Delaware Avenue, Suite 900 |
| The Nemours Building | Wilmington, DE 19899-5130 |
| 1007 North Orange Street | (302) 655-5000 |
| P.O. Box 2207 | |
| Wilmington, DE 19899-2207 | Attorneys for Defendant |
| (302) 658-9141 | TEVA PHARMACEUTICALS USA, INC |
| | |
| Attorneys for Plaintiffs | OF COUNSEL: |
| | David M. Hashmall |
| | Frederick H. Rein |
| | Emily L. Rapalino |
| | Joseph B. Crystal |
| | GOODWIN PROCTER LLP |
| | 599 Lexington Avenue |
| | New York, NY 10022 |
| | (212)813-8800 |

IT IS SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

594873_1.DOC