IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC., )<br>PFIZER IRELAND PHARMACEUTICALS,)<br>WARNER-LAMBERT COMPANY, )<br>WARNER-LAMBERT COMPANY, LLC )<br>and )<br>WARNER-LAMBERT EXPORT LTD., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TEVA PHARMACEUTICALS USA, INC., )<br>)<br>Defendant. ) | Civil Action No. 07-360-JJF |

## NOTICE OF DEPOSITION OF ERIKA FERGUSON

TO:

Rudolf E. Hutz
Jeffrey B. Bove
Mary W. Bourke
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Teva Pharmaceuticals USA, Inc. ("Teva"), by and through its counsel, will take the deposition of Erika Ferguson. The deposition will begin on Tuesday, March 18, 2008, at 9:30 a.m. at the offices of Connolly Bove Lodge & Hutz LLP, The Nemours Building, 1007 North Orange Street, Wilmington, DE 19899, or at such other time and place as counsel may mutually agree upon, and shall continue from day to day (weekends and holidays excluded) until completed. The deposition will be conducted before a

{00756024;v1}

qualified notary public or before some other officer duly authorized by law to administer oaths. The deposition will be recorded by stenographic and audio-visual means.

    You are invited to attend and cross-examine.

March 11, 2008

OF COUNSEL:
David M. Hashmall
Frederick H. Rein
Emily L. Rapalino
Joseph B. Crystal
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (rk0922)
Ashley B. Stitzer (as3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardfirm.com
astitzer@bayardfirm.com

Attorneys for Defendant
Teva Pharmaceuticals USA, Inc.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on March 11, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Rudolf E. Hutz, Esquire
Jeffrey B Bove, Esquire
Mary W. Bourke, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

The undersigned counsel further certifies that copies of the foregoing document were sent by email and by hand on March 11, 2008 to the above counsel.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00663847;v1}