IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC., <br> PFIZER IRELAND PHARMACEUTICALS, <br> WARNER-LAMBERT COMPANY, <br> WARNER-LAMBERT COMPANY, LLC <br> and <br> WARNER-LAMBERT EXPORT LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | Civil Action No. 07-360-JJF |

## STIPULATION

Defendant Teva Pharmaceuticals USA, Inc. ("Teva") and plaintiffs Pfizer, Inc., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC and Warner-Lambert Export Ltd. (collectively referred to as "Pfizer"), hereby stipulate and agree as follows:

1. Pfizer and Teva agree that the only claim of U.S. Patent 5,273,995 ("the '995 patent") that Pfizer will assert in this litigation is claim 2.

2. Pfizer covenants not to assert infringement under any section of 35 U.S.C. § 271 of claims 1, 11 or 12 of the '995 patent, or any corresponding claims in any reissue of the '995 patent, with respect to the tablets that are the subject of ANDA No. 78-773 (ANDA TABLETS) and the atorvastatin calcium salt active pharmaceutical ingredient when used to make the ANDA TABLETS. For purposes of clarity, this covenant does not extend to claims 6, 13 and 14 in any reissue patent arising from reissue application 11/653830, or claim 2 in any patent reissue arising from reissue application 11/973897 or any corresponding claims thereof.

3. Teva withdraws its 30(b)(6) deposition notice served on March 7, 2008.

599351_1.DOC

4.   Fact discovery, which closes on April 1, 2008, shall be extended with respect to the following matters:

(a)   Pfizer shall serve, by April 14, 2008, a second supplemental response to interrogatory No. 3 of Teva's First Set of Interrogatories ("Pfizer's second supplemental response") in order to provide detailed information relating to the issue of secondary considerations of non-obviousness of claim 2 of the '995 patent.

(b)   After reviewing Pfizer's second supplemental response, Teva may, if necessary, serve a 30(b)(6) deposition notice relating to the issue of secondary considerations of non-obviousness of claim 2 of the '995 patent.

Dated: March 19, 2008

| /s/ Jeffrey B. Bove | /s/ Richard D. Kirk |
|---|---|
| Rudolf E. Hutz (#484) | Richard D. Kirk (#922) |
| Jeffrey B. Bove (#998) | Ashley B. Stitzer (#3891) |
| Mary W. Bourke (#2356) | BAYARD, P.A. |
| CONNOLLY BOVE LODGE & HUTZ LLP | 222 Delaware Avenue, Suite 900 |
| The Nemours Building | Wilmington, DE 19899-5130 |
| 1007 North Orange Street | (302) 655-5000 |
| P.O. Box 2207 | |
| Wilmington, DE 19899-2207 | Attorneys for Defendant |
| (302) 658-9141 | TEVA PHARMACEUTICALS USA, INC |
| | |
| Attorneys for Plaintiffs | OF COUNSEL: |
| | David M. Hashmall |
| | Frederick H. Rein |
| | Emily L. Rapalino |
| | Joseph B. Crystal |
| | GOODWIN PROCTER LLP |
| | 599 Lexington Avenue |
| | New York, NY 10022 |
| | (212)813-8800 |

IT IS SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

599351_1.DOC