IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC.,<br>PFIZER IRELAND PHARMACEUTICALS,<br>WARNER-LAMBERT COMPANY,<br>WARNER-LAMBERT COMPANY, LLC<br>and<br>WARNER-LAMBERT EXPORT LTD.,<br><br>      Plaintiffs,<br><br>      v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C. A. No. 07-360-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on March 31, 2008, copies of (1) **TEVA PHARMACEUTICALS USA, INC.'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PFIZER'S FIRST SET OF INTERROGATORIES** and this **(2) NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

Rudolf E. Hutz, Esquire
Jeffrey B Bove, Esquire
Mary W. Bourke, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

{00664897;v1}

March 31, 2008

OF COUNSEL:

David M. Hashmall
Frederick H. Rein
Joseph B. Crystal
Emily L. Rapalino
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8864

BAYARD, P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk (#0922)
Ashley B. Stitzer (#3891)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
rkirk@bayardfirm.com
astitzer@bayardfirm.com
(302) 655-5000
Counsel for Defendant,
TEVA PHARMACEUTICALS USA, INC.