IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC., <br> PFIZER IRELAND PHARMACEUTICALS, <br> WARNER-LAMBERT COMPANY, <br> WARNER-LAMBERT COMPANY, LLC <br> and <br> WARNER-LAMBERT EXPORT LTD., <br> <br> Plaintiffs, <br> <br> v. <br> <br> TEVA PHARMACEUTICALS USA, INC., <br> <br> Defendant. | ) ) ) ) ) ) ) ) ) Civil Action No. 07-360-JJF ) ) ) ) ) ) ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Anandita Vyakarnam of Goodwin Procter LLP to represent Defendant Teva Pharmaceuticals, USA, Inc., in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac* admission is being submitted in connection with this application.

| | |
|---|---|
| April 9, 2008 | BAYARD, P.A. |
| OF COUNSEL: <br> Frederick H. Rein, Esquire <br> Joseph B. Crystal, Esquire <br> Emily L. Rapalino, Esquire <br> David M. Hashmall, Esquire <br> Anandita Vyakarnam, Esquire <br> Goodwin Procter LLP <br> 599 Lexington Avenue <br> New York, NY 10022 <br> (212) 813-8864 | /s/ Richard D. Kirk (rk0922) <br> Richard D. Kirk (No. 0922) <br> Ashley B. Stitzer (No. 3891) <br> 222 Delaware Avenue <br> Suite 900 <br> P.O. Box 25130 <br> Wilmington, DE 19899-5130 <br> (302) 655-5000 <br> rkirk@bayardfirm.com <br> astitzer@bayardfirm.com <br> <br> *Attorneys for Defendant,* <br> *TEVA PHARMACEUTICALS USA, INC.* |

SO ORDERED, this _____ day of April, 2008.

_____
United States District Judge

## CERTIFICATION OF ANANDITA VYAKARNAM IN
## SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: 4/2/08

Anandita Vyakarnam
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY  10022

Counsel for
TEVA PHARMACEUTICALS USA, INC.

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on April 9, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Rudolf E. Hutz, Esquire
Jeffrey B Bove, Esquire
Mary W. Bourke, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

The undersigned counsel further certifies that copies of the foregoing document were sent by email and by hand on April 9, 2008 to the above counsel.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00663847;v1}