## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PFIZER INC,                                    )
PFIZER IRELAND PHARMACEUTICALS,                )
WARNER-LAMBERT COMPANY,                        )
WARNER-LAMBERT COMPANY, LLC,                   )
and                                            )
WARNER-LAMBERT EXPORT LTD.,                    )
                                               )
                   Plaintiffs,                 )
                                               )
        v.                                     )    Civil Action No. 07-360-JJF
                                               )
TEVA PHARMACEUTICALS USA, INC.,                )
                                               )
                   Defendant.                  )

## NOTICE OF SERVICE

        PLEASE TAKE NOTICE that, on April 14, 2008, copies of PLAINTIFFS' SECOND
SUPPLEMENTAL RESPONSES TO TEVA'S INTERROGATORY NO. 3 TO PLAINTIFFS
were served as shown:

**BY E-MAIL & HAND DELIVERY**

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**BY E-MAIL & U.S. MAIL**

Frederick H. Rein, Esq.
David M. Hashmall, Esq.
Emily L. Rapalino, Esq.
Joseph B. Crystal, Esq.
Anandita Vyakarnam, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

PLEASE TAKE FURTHER NOTICE that, on April 14, 2008, copies of this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL & HAND DELIVERY**

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**BY E-MAIL & U.S. MAIL**

Frederick H. Rein, Esq.
David M. Hashmall, Esq.
Emily L. Rapalino, Esq.
Joseph B. Crystal, Esq.
Anandita Vyakarnam, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

CONNOLLY BOVE LODGE & HUTZ LLP

By: _/s/  Jeffrey B. Bove_

Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141

*Attorneys for Plaintiffs Pfizer Inc, Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC, and Warner Lambert Export Ltd.*

604970_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2008, a true copy of the foregoing **Notice of Service**

was sent to defendants' counsel, in the manner indicated, upon:

Richard D. Kirk, Esq.          (Served electronically and by hand delivery)
Ashley B. Stitzer, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
rkirk@bayardfirm.com
astitzer@bayardfirm.com


Frederick H. Rein, Esq.          (Served electronically and by mail)
David M. Hashmall, Esq.
Emily L. Rapalino, Esq.
Joseph B. Crystal, Esq.
Anandita Vyakarnam, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY  10022
frein@goodwinprocter.com


*/s/ Jeffrey B. Bove*
Jeffrey B. Bove (#998)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141
*Attorney for the Plaintiffs*

604970_1.DOC