IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC., <br> PFIZER IRELAND PHARMACEUTICALS, <br> WARNER-LAMBERT COMPANY, <br> WARNER-LAMBERT COMPANY, LLC <br> and <br> WARNER-LAMBERT EXPORT LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No. 07-360-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF COUNSEL'S CHANGE OF ADDRESS

PLEASE TAKE NOTICE that trial counsel for defendant Teva Pharmaceuticals, Inc. has moved its offices. The new address is as follows:

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1405

| | |
|---|---|
| May 14, 2008 | BAYARD, P.A. |
| | |
| OF COUNSEL: | /s/ Richard D. Kirk (rk0922) |
| Frederick H. Rein, Esquire | Richard D. Kirk |
| Joseph B. Crystal, Esquire | Ashley B. Stitzer |
| Emily L. Rapalino, Esquire | 222 Delaware Avenue, Suite 900 |
| David M. Hashmall, Esquire | P.O. Box 25130 |
| Anandita Vyakarnam, Esquire | Wilmington, DE 19899-5130 |
| Goodwin Procter LLP | (302) 655-5000 |
| The New York Times Building | rkirk@bayardfirm.com |
| 620 Eighth Avenue | astitzer@bayardfirm.com |
| New York, NY  10018-1405 | |
| (212) 813-8800 | *Attorneys for Defendant,* <br> *TEVA PHARMACEUTICALS USA, INC.* |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on May 14, 2008, he electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Rudolf E. Hutz, Esquire
Jeffrey B Bove, Esquire
Mary W. Bourke, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207

The undersigned counsel further certifies that copies of the foregoing document were sent by email and by hand on May 14, 2008 to the above counsel.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk

{00663847;v1}