IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC,<br>PFIZER IRELAND PHARMACEUTICALS,<br>WARNER-LAMBERT COMPANY,<br>WARNER-LAMBERT COMPANY, LLC,<br>and<br>WARNER-LAMBERT EXPORT LTD.,<br><br>        Plaintiffs,<br><br>   v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-360-JJF<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 27, 2008, copies of PLAINTIFFS' THIRD SUPPLEMENTAL RESPONSES TO TEVA'S INTERROGATORY NO. 3 TO PLAINTIFFS were served as shown:

**BY E-MAIL & HAND DELIVERY**

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**BY E-MAIL & U.S. MAIL**

Frederick H. Rein, Esq.
David M. Hashmall, Esq.
Emily L. Rapalino, Esq.
Joseph B. Crystal, Esq.
Anandita Vyakarnam, Esq.
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

PLEASE TAKE FURTHER NOTICE that, on May 27, 2008, copies of this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL & HAND DELIVERY**

Richard D. Kirk, Esq.
Ashley B. Stitzer, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

**BY E-MAIL & U.S. MAIL**

Frederick H. Rein, Esq.
David M. Hashmall, Esq.
Emily L. Rapalino, Esq.
Joseph B. Crystal, Esq.
Anandita Vyakarnam, Esq.
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ Jeffrey B. Bove

Rudolf E. Hutz (#484)
Jeffrey B. Bove (#998)
Mary W. Bourke (#2356)
The Nemours Building, 8th floor
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141

*Attorneys for Plaintiffs Pfizer Inc, Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC, and Warner Lambert Export Ltd.*

604970_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2008, a true copy of the foregoing **Notice of Service** was sent to defendants' counsel, in the manner indicated, upon:

Richard D. Kirk, Esq.          (Served electronically and by hand delivery)
Ashley B. Stitzer, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
rkirk@bayardfirm.com
astitzer@bayardfirm.com

Frederick H. Rein, Esq.          (Served electronically and by mail)
David M. Hashmall, Esq.
Emily L. Rapalino, Esq.
Joseph B. Crystal, Esq.
Anandita Vyakarnam, Esq.
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
frein@goodwinprocter.com

*/s/ Jeffrey B. Bove*
Jeffrey B. Bove (#998)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorney for the Plaintiffs*